DOLFINI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Peter D. Dolfini against the Erie Railroad Company. No opinion. Judgment and order

unanimously affirmed, with costs, on the authority of Dolfini v. Erie Railroad Company, 178 N. Y. 1, 70 N. E. 68.